```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


KAM DEVELOPMENT, LLC              Case No. 20CV2024

        Plaintiff,                         October 8, 2020

           v                      Toledo, Ohio

MARCO'S FRANCHISING, LLC

        Defendant.

-------------------------------------------------------

                      VOLUME 3 of 4
  TRANSCRIPT OF EXCERPT OF EVIDENTIARY HEARING, VIA ZOOM
         BEFORE THE HONORABLE JEFFREY J. HELMICK
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

On Behalf of the Plaintiffs:

Brent M. Davis
Justin M. Klein
Marks & Klein
63 Riverside Avenue
Red Bank, NJ 07701
(732) 747-7100


Nicholas A. Huckaby
Shumaker, Loop & Kendrick
1000 Jackson Street
Toledo, Ohio 43604
(419) 241-9000



On Behalf of the Defendants:

W. Barry Blum
Genovese Joblove & Battista
100 Southeast Second Street
44th Floor
Miami, FL 33131
(305) 349-2300
```

```
 1
 2   Carrie E. Thiem
     Tucker Ellis
 3   175 South Third Street
     Suite 520
 4   Columbus, Ohio 43215
     (614) 358-9717
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1          THE COURT:  Okay, counsel, thank you for all
2   assembling again for resumption of the hearing.
3          In the first instance I want to thank Mr. Blum
4   because I know that he had another hearing this morning
5   that he had to extricate himself from, and was apparently
6   successful in doing so, pretty darn on time, and I don't
7   know that that was easy, but it's done, and I appreciate
8   that.
9          We got a little bit later start than that,
10  though, than I had anticipated because our court reporter
11  has not joined us, and, frankly, I'm not -- I'm not angry,
12  but I am concerned.  And so I have pulled Angela Nixon,
13  another court reporter, who is excellent and very
14  experienced, to help us out today.  However, she has been
15  engaged in a trial with my colleague, Judge Zouhary.  The
16  jury is out right now, literally, on the case, and so she
17  may get pulled away at some point if there is a question or
18  a verdict at some point.  And if that happens, we'll have
19  to take a break for that proceeding.  So I apologize for
20  that.  We reached out to the Cleveland office, kind of our
21  home office, mother ship, they just don't have anyone
22  available due to dockets there at the moment, so Angela's
23  more than capable, but please be understanding that she
24  doesn't know our cast of characters as well as Stacey does
25  because she's been the court reporter thus far, and know

1  that we might have to have an interruption, depending on
2  what happens.
3           So with that, my thanks to all for assembling.
4  My thanks to you for your patience, my thanks to Mr. Blum
5  for extricating himself, again, from whatever that was.
6           When we left off, of course, Mr. Lombardi was on
7  direct examination with Mr. Blum for purposes of today's
8  hearing.  It's my intent to conclude this hearing today by
9  our hard stop with Mr. Kline, as I indicated previously
10  during our hearing.
11           Are there any preliminary matters for my
12  attention or our discussion before we get started?
13  Mr. Davis or Mr. Kline, anything on the plaintiff's side?
14           MR. DAVIS:  Nothing for plaintiff, Your Honor.
15  Good morning.
16           THE COURT:  Thank you.  Mr. Blum, I know you were
17  kind of rushing, at least virtually, from one hearing or
18  another.  Have you had a moment to compose things for
19  today's hearing or resumption of today's hearing?
20           MR. BLUM:  I have, Your Honor.  Thank you.
21           THE COURT:  Very good. Without further ado, why
22  don't we have Mr. Blum resume his direct examination of
23  Mr. Lombardi.
24           Mr. Lombardi, welcome back.  And I'll just remind
25  you, as I do all witnesses, you are still under oath.  I do

1  that every time we have a break, or at least a try to.
2          With that, we'll turn things over to Mr. Blum.
3          MR. LOMBARDI:  Thank you.  Good morning, Judge.
4          MR. BLUM:  Thank you, Your Honor.  There's one
5  housekeeping thing before we start with Mr. Lombardi.  I
6  would like to just formally move into evidence certain
7  exhibits that we have established the foundation for,
8  either through Mr. Hunter, and I don't think -- which is
9  our Exhibit 5, which is the Consent to Transfer that
10 Mr. Hunter talked about and identified he and his father's
11 signature on; Exhibit 7, which is the Notice of Concern
12 letter that was sent to the Hunters; Exhibit 8, which
13 was -- oh, wait, Exhibit 8, I believe that 2-26-19, is
14 that -- Mr. Davis, you already have that as your exhibit,
15 Mr. Libardi's February 26th, 19 -- I don't want to put it
16 in -- Exhibit 8, which is the -- Mr. Libardi's
17 February 26th, 2019 letter to Mr. Hunter.  That may be a
18 plaintiff's exhibit already.  Exhibits 13 to 16, which are
19 the Notices of Deficiencies, the July 24 and the July 31
20 letters that went through with Mr. Hunter; Exhibit 25,
21 which is the December 20 letter from Mr. Libardi to
22 Mr. Hunter about the Charlotte market and the development
23 which we talked about with Mr. Hunter; and also Exhibit 29,
24 which is the email exchange between Mr. Hunter and
25 Mr. Stilwell that Mr. Hunter identified on May 1st, 2019,

1  so just to formally get those into the record.  And they're
2  not duplicate so -- unless, perhaps, Exhibit 8 is.
3         THE COURT:  Mr. Klein, Mr. Davis, any thoughts on
4  those as identified?
5         MR. DAVIS:  No, Your Honor, just any objections
6  that we would have made.  I don't want to hold things up.
7  He went through them very quickly, and the way they were
8  supplied I can't just pull up each individual exhibit, but
9  pending any objections that were made on the record at the
10 time they were introduced, we have no objection.
11        THE COURT:  Okay.  I'm not sure there were any
12 except, perhaps, your continuing objection with regard to
13 the relevance of certain lines of testimony, certain
14 exhibits.  I'm not even sure that applies to those exhibits
15 to be perfectly honest with you.
16        MR. DAVIS:  I'm not sure it does either so we
17 have no objections.
18        THE COURT:  Those will be admitted.  Mr. Blum?
19              CONTINUED DIRECT EXAMINATION
20 BY MR. BLUM:
21 Q.     All right.  Good morning, Mr. Libardi.
22 A.     Good morning, Mr. Blum.
23 Q.     All right.  Sir --
24        MR. DAVIS:  Before Mr. Blum begins, Your Honor,
25 can you just remind the witness that he's still under oath?

1          THE COURT:  I already have, counsel.
2          MR. DAVIS:  I apologize.
3          THE COURT:  I did at the outset, but that's fine.
4   BY MR. BLUM:
5   Q.     Okay.  Mr. Libardi, can you -- can you tell The
6   Court the -- what the role is, or the -- I guess what the
7   role of an area representative is in the Marcos system,
8   sir?
9   A.     Yes, I'll summarize it.  It's -- it's articulated
10  in writing in the A.R. Manual very clearly, but, generally,
11  they are a liaison for Marcos Franchising to all
12  prospective franchisees and operational franchisees in the
13  system.
14  Q.     Okay.  And -- and can you -- and what does it
15  mean for them to be a liaison for Marcos Franchising LLC?
16  A.     Well, again, they're responsible for all
17  communications to franchisees, again, both prospective and
18  operational.  They're -- they're required to provide the
19  services as outlined in the Area Rep Manual and Operations
20  Manual, and they're -- they're required to do all the
21  recruitment and communication and vetting of any
22  prospective franchisees as well.
23  Q.     Okay.
24  A.     It's a very brief summary of that.
25  Q.     Are there particular -- other particular skills

1  or competencies that you feel are necessary for a person
2  who's serving in an area representative role?
3  A.         Yes.
4  Q.         And what are those, sir, generally?
5  A.         Well, leadership is a required skill, strong
6  communications skills, both oral and written are required.
7  A certification and understanding of the rules and
8  franchise sales, strong understanding of construction
9  development and site selection of real estate, and a very
10 strong understanding of operational systems procedures and
11 how to, again, from a leadership perspective, coach and
12 influence franchisees and their employees to maintain
13 company standards.
14 Q.         Okay.  Is -- is local knowledge important to the
15 A.R. role?
16 A.         Critically important to the A.R. role.
17 Q.         And why is that, sir?
18 A.         Well, again, as part of the development
19 responsibility, you have to have intimate knowledge of
20 populations, densities, the types of populations that are
21 in play, understanding the importance of location and real
22 estate and -- and generally where the hot spots are to put
23 a Marcos Pizza.  And it's that local knowledge, the -- that
24 we rely on to ensure that the right locations are being
25 selected and vetted correctly.

1  Q.     Okay. And does someone -- to become an area
2  representative, or even through an entity like the
3  operating partner, are they required to go through various
4  trainings in the Marcos system?
5  A.     They are, yes.
6  Q.     And is it -- take for the Hunters, if the Hunters
7  decided that they wanted to sell their business, could they
8  just sell it to anyone, or do they have to have Marcos'
9  approval?
10 A.     They need Marcos' approval.
11 Q.     Why is that, sir?
12 A.     Again, it is such a highly-skilled position that
13 not anyone can do it, and we wouldn't just allow anyone to
14 do it. We would want to vet that individual to ensure that
15 they would maintain the standards of the area
16 representative role.
17 Q.     And, in fact, the requirement the -- is the
18 requirement of Marcos' approval for any transfer by owners
19 of an A.R. entity, is that set forth in the A.R. agreement?
20 A.     It is.
21 Q.     And I think we said this before, the role -- or
22 the activities that an A.R. performs in its territory, if
23 there is no -- if there was no A.R. in place, who would
24 perform those functions?
25 A.     Again, we have that example in realtime. We have

1    Marcos Franchising employees performing those same
2    functions in non-area representative territories.
3    Q.         You made reference to the A.R. Manual.
4    A.         Yes, sir.
5    Q.         And what is the A.R. Manual, sir?
6    A.         It is the operating manual for area
7    representatives, to give them guidance in terms of how to
8    execute their role.
9    Q.         Okay.  And very briefly, how is the A.R. role
10   different than, sort of, a franchisees role in a market?
11   A.         Well, a franchisee operates a Marcos franchise,
12   and they exclusively are operating a single unit and
13   selling pizzas, if you will, to the -- to their customers.
14   Area reps sell franchises to prospective franchise
15   candidates, and, again, they develop real estate, and they
16   have oversight of franchisees to ensure our compliance and
17   standards are met of the franchise locations, so very
18   different.  They sell franchises, franchisees sell pizza.
19   Q.         Okay.  All right, sir.
20              THE COURT:  Mr. Blum, while you're taking a brief
21   pause, may I interrupt?  Stacey has been able to join us.
22   There was some confusion about scheduling today.  All is
23   well with the world.  But I'd like to release Angela, if I
24   may, assuming that Stacey's ready to take over.  This
25   should be fairly seamless.

1          Stacey, are you good to go?
2          MS. KIPROTICH: Yes, I apologize for the
3   confusion in the time, Judge.
4          THE COURT: It's okay. Not to worry. We were
5   just worried about you.
6                    - - -
7               C E R T I F I C A T E
8
9          I certify that the foregoing is a correct transcript
10  from the record of proceedings in the above-entitled matter.
11
12  s:/Angela D. Nixon              July 2, 2021
13  ---------------------------              -----------
14  Angela D. Nixon, RMR, CRR     Date
15
16
17
18
19
20
21
22
23
24
25